DENNIS OBADO, Appellant, v MANCHANDA LAW FIRM PLLC et al., Respondents.

Submitted December 23, 2013; decided February 18, 2014

Motion for leave to appeal from the order of the Appellate Division dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain the motion for leave to appeal from the order of the Appellate Division entered in this action commenced in Civil Court (*see* NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

ALASTAIR ONGLINGSWAN, Appellant, v CHASE HOME FINANCE, LLC, et al., Defendants, and ADAM PLOTCH et al., Respondents.

Submitted December 30, 2013; decided February 18, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Judge ABDUS-SALAAM taking no part.

CHRISTOPHER SELLETTI, Defendant, v THOMAS F. LIOTTI, Appellant. JEFFREY LEVITT, Nonparty Appellant.

Submitted December 23, 2013; decided February 18, 2014

Motion for reargument of motion for leave to appeal denied [*see* 22 NY3d 952 (2013)].